UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT WARD GARRISON,

    Plaintiff,

    v.

DOUG WADDINGTON, *et al.*,

    Defendants.

Case No. C05-5487 RJB/KLS

ORDER DENYING PLAINTIFF'S MOTION TO STAY AND STOP COUNSEL FROM SENDING DISCOVERY

    This 42 U.S.C. § 1983 civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b) and Local MJR 3 and 4. Before the court is plaintiff's motion to stay the case and stop counsel from sending discovery. (Dkt. # 34).

    Plaintiff's motion is based on his recent transfer from the Stafford Creek Corrections Center (SCCC) to the Washington State Penitentiary (WSP) and his concern that if discovery is served upon him at his former address, he will never receive it because he cannot pay for shipping it to his present facility. Plaintiff also complains that he is not in possession of his reading glasses or his legal material. In response, defendants advise that they have been informed by officials at WSP that since the filing of his motion, Plaintiff has received his glasses and legal materials. In addition, as the discovery deadline of June 17, 2006 has passed, defendants state that they will not be responding to further discovery requests.

ORDER  1

1    Accordingly, plaintiff's motion to stay (Dkt. # 34) is **DENIED as moot**.  The Clerk is directed
2 to send a copy of this Order to plaintiff and counsel for defendants.

3    DATED this  6th   September, 2006.

                                            *(signature)*
                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER  2