UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT WARD GARRISON,

    Plaintiff,

    v.

DOUG WADDINGTON, *et al.*,

    Defendants.

Case No. C05-5487 RJB/KLS

ORDER DENYING PLAINTIFF'S MOTION TO HAVE COURT ERROR OF FACT CORRECTED

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1)(B) and Local MJR 3 and 4. Presently before the court is plaintiff's motion "to have court 'error of fact' corrected" (Dkt. # 42). Plaintiff claims that the court made an error in its Order of August 15, 2006, in which it stated that defendants denied receipt of plaintiff's "discovery requests." (*See* Dkt. # 41 at 1, l. 27). The Order does not state that defendants denied receipt of plaintiff's April 2006 letter concerning the discovery.

Accordingly, plaintiff's motion (Dkt. # 42) is **DENIED**.

The Clerk is directed to send copies of this order to plaintiff and counsel for defendants.

DATED this  7th  day of September, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1