UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WARD GARRISON,<br><br>Plaintiff,<br><br>v.<br><br>DOUG WADDINGTON, *et al.*,<br><br>Defendants. | Case No. C05-5487 RJB/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT |

    This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1)(B) and Local MJR 3 and 4. Presently noted for consideration on August 25, 2006 is defendants' motion for summary judgment, seeking dismissal of plaintiff's claims. (Dkt. # 38). Also noted for consideration is plaintiff's motion for an extension of time to respond to defendants' motion for summary judgment. (Dkt. # 43).

    Plaintiff requests an indefinite extension of time, stating that he has access to only one-half of his legal files and the other one-half contains the materials he requires to respond to defendant's motion. Plaintiff requests that he be allowed to submit his response thirty days after he receives his legal files. Defendants respond that they are all officials and employees of the Stafford Creek Corrections Center and have no authority or control over plaintiff's access to his legal materials at

ORDER - 1

the Washington State Penitentiary (WSP) where plaintiff is currently housed. Defendants concede that because plaintiff is in the intensive management unit of the WSP, there would likely be more limitations placed on plaintiff's ability to access his property. Defendants do not oppose a reasonable extension and suggest a thirty day extension for plaintiff to submit his response to the summary judgment motion.

The court finds that a reasonable extension of time is warranted and therefore, the Clerk shall **re-note** defendant's motion for summary judgment (Dkt. # 38) for the court's docket of **November 17, 2006**. Plaintiff's brief and affidavits in opposition to the motion shall be filed and served not later than 4:30 p.m. on the Monday immediately preceding the Friday appointed for consideration of the motion; if plaintiff fails to file and serve timely opposition to the motion, the court may deem any opposition to be without merit. Defendants may file, not later than 4:30 p.m. on the Thursday immediately preceding the Friday designated for consideration of the motion, a response to the opposing party's briefs and affidavits.

The Clerk is directed to send copies of this order to plaintiff and counsel for defendants.

DATED this  7th  day of September, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2