UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WARD GARRISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUG WADDINGTON, *et al.*,<br><br>　　　　Defendants. | Case No. C05-5487 RJB/KLS<br><br>ORDER DIRECTING SERVICE OF SUBPOENA DUCES TECUM BY U. S. MARSHAL |

　　　　This 42 U.S.C. § 1983 civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b) and Local MJR 3 and 4.   By Order dated November 2, 2006, the Court directed the Clerk of the Court to send Plaintiff a subpoena duces tecum, which Plaintiff shall complete and return to the Clerk for service upon the Director of the Associated Counsel for the Accused for the production of the case file in question.  (*See* Dkt. # 58).  The Clerk is directed to effect service as provided below.

　　　　It is hereby ORDERED that the United States Marshall shall send the Director of Associated Counsel of the Accused by first class mail: a copy of the completed subpoena duces tecum.  All costs of service shall be advanced by the United States.

　　　　DATED this 7th day of December, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER  1