UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WARD GARRISON, <br><br> Plaintiff, <br><br> v. <br><br> DOUG WADDINGTON, *et al.*, <br><br> Defendants. | Case No. C05-5487 RJB/KLS <br><br> ORDER DENYING PLAINTIFF'S MOTION TO COMPEL ACA, ORDER DIRECTING ACA TO SHOW CAUSE |

This 42 U.S.C. § 1983 civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b) and Local MJR 3 and 4. Before the Court is Plaintiff's Motion to Have ACA Bring Its Case File to This Court. (Dkt. # 67). For the reasons set forth below, Plaintiff's motion shall be denied; how the ACA shall be directed to show cause why it has not complied with the Subpoena Duces Tecum.

## I. DISCUSSION

By subpoena duces tecum served on the Director for the Associated Counsel for the Accused (ACA), in Seattle, Washington, Plaintiff has requested the production of: "ACA Case File No. 325103 - City of Seattle v. Robert Ward Garrison (All Documents Obtained Under Case Number 325103)."

ORDER  1

1  Plaintiff states that the Director has not produced the documents requested, stating that the file has been
2  misplaced. Plaintiff asks the Court to order the ACA to file the file and deliver it to the Court by a
3  specific deadline.

4  Failure by any person without adequate excuse to obey a subpoena served upon that person may
5  be deemed a contempt of the court from which the subpoena issued. Fed.R.Civ.P. 45(e). However, prior
6  to considering the merits of Plaintiff's motion to compel and/or any request for sanctions, the Director of
7  the ACA is entitled to provide the Court with an explanation for any failure to comply with the
8  subpoena.

## II. CONCLUSION

Accordingly, it is **ORDERED** as follows:

1. Plaintiff's motion to compel (Dkt. # 67) shall be **DENIED** at this time;
2. The Clerk of the Court shall send a copy of this Order and a copy of Plaintiff's motion (Dkt. # 67) to the Director, ACA, 191 Prefontaine Place, #200, Seattle, Washington. The Director may file a response to Plaintiff's motion, showing cause why he/she has not complied with the Subpoena Duces Tecum dated December 8, 2006; such response shall be filed with this Court **on or before April 20, 2007**; and
3. The Clerk of the Court shall send a copy of this Order to Plaintiff and to counsel for Defendants.

DATED this 27th day of March, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER  2