UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT WARD GARRISON,

    Plaintiff,

    v.

DOUG WADDINGTON, *et al.*,

    Defendants.

Case No. C05-5487 RJB/KLS

ORDER DENYING PLAINTIFF'S MOTION REQUESTING THIRTY DAY STAY OF PROCEEDINGS

Presently before the Court is Defendants' motion for summary judgment (Dkt. # 38), which was filed in July, 2006. Plaintiff has been granted six extensions of time within which to file his response to Defendants' motion. (Dkt. # 49, 54, 63, 74, 86 and 91). Plaintiff now requests a thirty day stay of these proceedings so that he may prepare a motion for a certificate of appealability in his federal habeas case that was dismissed by this Court on October 9, 2007. (Dkt. # 99).

Plaintiff has had over a year to respond to Defendants' pending motion for summary judgment. Plaintiff has known since August 2007 that his response to Defendants' summary judgment motion was due by November 19, 2007. Plaintiff has had more than enough time to respond to the pending summary judgment motion even taking into consideration his need to submit a motion for a certificate of appealability in his habeas case

Since requesting a stay of these proceedings so that he may prepare a motion for certificate of appealability in his federal habeas case, Plaintiff has also found the time to file a "Motion for

ORDER - 1

Orders Requiring Disclosure of Financial Transactions and Telephone Recordings" (Dkt. # 100), and a "Motion to Supplement Record, and Motion for Revision of Order Granting in Part and Denying in Part Plaintiff's Motion to Compel." (Dkt. # 101).

These motions demonstrate that Plaintiff has had ample time to submit his response to Defendants' pending summary judgment motion.[1]

Accordingly, it is **ORDERED** that Plaintiff's motion for a stay (Dkt. # 99) is **DENIED.** The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

DATED this  20th   day of November, 2007.

Karen L. Strombom
United States Magistrate Judge

---

[1] The Court also notes that Plaintiff has found time to file motions in another case, *Garrison v. DOC*, C05-5837FDB (Dkt. #116, 117, therein). A similar motion to stay by Plaintiff in that case has also been denied.

ORDER - 2