UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WARD GARRISON,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS WADDINGTON, *et al.*,<br><br>Defendants. | Case No. C05-5487RJB<br><br>ORDER RENOTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom. Dkt. 119. The Court has considered the Report and Recommendation, objections to the Report and Recommendation, if any, and the remainder of the file herein.

### I.   **FACTS**

On August 2, 2005, Plaintiff filed, pro se, a complaint pursuant to 42 U.S.C. § 1983. Dkt. 1. Defendants moved for Summary Judgment on July 21, 2006. Dkt. 38. Plaintiff moved for and received several extensions of time to respond. *See e.g.* Dkts. 43, 49, 54,66, 74, and 86.

On October 5, 2007, Plaintiff moved for class action certification on counts I and IV of his complaint. Dkt. 95. Upon Judge Strombom's recommendation, Plaintiff's motion was denied on January 8, 2008, because he failed to meet the requirements of Fed. R. Civ. P. 23 and Local Fed. R. Civ. P. 23. Dkt. 114. Plaintiff filed a "Notice of Appeal of Order Denying Certification of Class Action" on January 22, 2008. Dkt. 116. In this pleading, Plaintiff also moves for a "stay of all pending motions till [sic] the review of the denial of class certification is finalized." *Id*.

ORDER
Page - 1

On January 28, 2008, Judge Strombom filed the instant Report and Recommendation, and recommended granting Defendants' Motion for Summary Judgment (Dkt. 38). Dkt. 119.

## II.     DISCUSSION

Pursuant to Fed. R. Civ. P. 23(f),

> A court of appeals may permit an appeal from an order granting or denying class-action certification under this rule if a petition for permission to appeal is filed with the circuit clerk within 10 days after the order is entered. An appeal does not stay proceedings in the district court unless the district judge or the court of appeals so orders.

Plaintiff's motion for a stay of all pending motions (Dkt. 116) should be denied. The record indicates that the Court of Appeals for the Ninth Circuit issued a scheduling order for Plaintiff's appeal, but did not address whether a stay was appropriate in the district court. Dkt. 120. Plaintiff has failed to articulate good cause for a stay. This matter has been pending for several years and he has had ample time to respond to the Motion for Summary Judgment. However, in the interest of giving Plaintiff one last opportunity to be heard, the Report and Recommendation (Dkt. 119) should be renoted for March 21, 2008.

Therefore, it is **ORDERED** that:

- The Report and Recommendation (Dkt. 119) is **RENOTED** for March 21, 2008; and
- The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 3rd day of March, 2008.

Robert J Bryan
United States District Judge